UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| DEBORAH BOYD | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24-CV-15-DJH |
| | ) | |
| KOHL'S INC., KOHL'S SPRINGHURST, THE UNKNOWN MANAGER OF KOHL'S SPRINGHURST, CSHV SPRINGHURST LLC, and ESIS CLAIMS | ) ) ) ) | |
| | ) | |
| DEFENDANTS | ) | |

**CSHV SPRINGHURST LLC'S**
**RULE 7.1(a)(2) CORPORATION DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Defendant and removing party CSHV Springhurst LLC states that it is a foreign limited liability company whose sole member is the California State Teachers' Retirement System ("CalSTRS"). CalSTRS is a teacher's retirement fund created by California Education Code § 22001 *et seq.* and is a part of the State of California's Government Operations Agency. Due to its status as a limited liability company, there are no individuals or entities whose citizenship is attributed to CSHV Springhurst LLC for purposes of diversity jurisdiction.

Respectfully submitted,

/s/ Stephen J. Mattingly
Stephen J. Mattingly (#93176)
Paige E. Hornback (#99535)
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300
Fax (502) 585-2207
stephen.mattingly@dinsmore.com

paige.hornback@dinsmore.com
*Counsel for Defendant CSHV Springhurst LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will serve copies of the same on the following counsel of record:

J.P. Ward, Jr.
Murphy & Associates PLC
513 S. 2nd Street
Louisville, KY 40202
jpw@louisvillefirm.com
*Counsel for Plaintiff*

Stockard R. Hickey III (#83077)
KOPKA PINKUS DOLIN, PC
462 South Fourth Street, Suite 101
Louisville, Kentucky 40202
(502) 785-2809 Phone
srhickey@kopkalaw.com
*Counsel for Defendants Kohl's, Inc. and Kohl's Springhurst*

/s/ Stephen J. Mattingly
*Counsel for Defendants CSHV Springhurst LLC*